**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Terrance Lamont Bell,<br><br>Defendant. | Case No. 19-CR-242 (SRN/BRT)<br><br><br>**ORDER** |

Katharine T. Buzicky, U.S. Attorney's Office, 316 N. Robert St., Ste. 404, Saint Paul, MN 55101, and Kristian Weir, U.S. Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Terrance Lamont Bell, Reg. No. 17731-075, USP Beaumont, P.O. Box 26030, Beaumont, TX 77720, Pro Se

_____

SUSAN RICHARD NELSON, United States District Judge

Before the Court is a pro se letter [Doc. No. 56] filed by Defendant Terrance Lamont Bell. In the July 5, 2026 letter, Mr. Bell states that he has not received the Government's response to his Motion to Vacate Under 28 U.S.C. § 2255 ("2255 Motion"), and he notes that his reply memorandum is due on July 14, 2026.

On June 16, 2026, the Government timely filed a Motion to Dismiss [Doc. No. 53] in response to Mr. Bell's 2255 Motion. The following day, the Government mailed a copy of the Motion to Dismiss to Mr. Bell. (Gov't Certif. of Service [Doc. No. 54].) Possibly due to delays in the mail, it appears that Mr. Bell had not received the Government's Motion to Dismiss at the time he filed his July 5, 2026 Letter. To ensure that Mr. Bell

1

receives the Government's Motion to Dismiss, the Court directs the Clerk of Court to mail Mr. Bell a copy of the Government's Motion to Dismiss, along with the Certificate of Service, and a copy of this Order.

The Court also extends Mr. Bell's deadline for filing a response to the Government's Motion to Dismiss.  His response shall be due on or before August 4, 2026.

## I.   ORDER

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that

1. The Clerk of Court shall mail Pro Se Defendant Terrance Lamont Bell free copies of the following:   (1) the Government's Motion to Dismiss [Doc. No. 53]; (2) the Government's Certificate of Service [Doc. No. 54]; and (3) a copy of this Order [Doc. No. 57].

2. Defendant shall file a response to the Government's Motion to Dismiss on or before August 4, 2026.

Dated: July 14, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge