**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Terrance Lamont Bell,<br><br>Defendant. | Case No. 19-CR-242 (SRN/BRT)<br><br>**ORDER** |

Katharine T. Buzicky, U.S. Attorney's Office, 316 N. Robert St., Ste. 404, Saint Paul, MN 55101, and Kristian Weir, U.S. Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Terrance Lamont Bell, Reg. No. 17731-075, USP Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525, Pro Se

SUSAN RICHARD NELSON, United States District Judge

Before the Court are three pro se letters [Doc. Nos. 58, 59, 60] filed by Defendant Terrance Lamont Bell. He raises the following issues: (1) the Government failed to timely respond to his Motion to Vacate Under 28 U.S.C. § 2255 ("2255 Motion"); (2) the Government failed to mail him a copy of the response; and (3) he did not timely receive a copy of the Court's July 14, 2026 Order that extended his deadline to file a reply to his 2255 Motion.

Mr. Bell repeatedly states that the Government's filing deadline to respond to his 2255 Motion was June 14, 2026. He is incorrect. As set forth in the Court's May 19, 2026 Order [Doc. No. 51], the Government's deadline to file a response was June 16, 2026.

Moreover, in a previous filing, Mr. Bell correctly acknowledged that the Government's response was due on June 16. (July 13, 2026 Letter [Doc. No. 56].) The docket reflects that the Government timely filed their response in the form of a Motion to Dismiss Mr. Bell's 2255 Motion [Doc. No. 53] on June 16, 2026. Moreover, the following day, the Government mailed a copy of the response to the address listed for Mr. Bell on the docket, at USP-Beaumont. (Gov't Certif. of Service [Doc. No. 54].) The Court has no reason to dispute the Government's representation that it mailed Mr. Bell a copy of the Motion to Dismiss on June 17.

In response to a July 5, 2026 letter from Mr. Bell [Doc. No. 56], in which he stated that he had not received the Government's response, and expressed concerns about filing a timely reply, the Court issued its July 14, 2026 Order [Doc. No. 57]. In the July 14 Order, the Court directed the Clerk of Court to mail Mr. Bell a copy of the Government's Motion to Dismiss, along with the Certificate of Service, and a copy of the July 14 Order. (July 14, 2026 Order at 2.) In addition, the Court extended Mr. Bell's deadline for filing a response to the Government's Motion to Dismiss to August 4, 2026. (*Id.*)

The docket entry for the July 14 Order reflects that Mr. Bell was mailed a copy of the Government's Motion to Dismiss [Doc. No. 53] and the Certificate of Service [Doc. No. 54], but does not indicate that the Clerk of Court sent him a copy of the July 14 Order. As set forth below, Docket Entry Number 57 states:

> ORDER IN RESPONSE to 56 Defendant's Letter to District Judge, directing Clerk of Court to mail Defendant documents, and extending Defendant's Response Briefing to 8/4/2026. See Order for details. (Written Opinion) Signed by Judge Susan Richard Nelson on 7/14/2026. <u>cc: Bell w/ #53 and 54</u>. (LC1) Modified text on 7/15/2026 (CLK). (Entered: 07/14/2026).

[Doc. No. 57] (emphasis added).

Mr. Bell then sent a letter dated July 12, 2026 that was received and filed on July 22, 2026, with a return address of USP-Beaumont [Doc. Nos. 58 & 58-1], containing no postmark. Because Mr. Bell dated this letter July 12—before the July 14 Order was even issued—he clearly had not received the July 14 Order or the requested documents at that time. In the letter, he continued to state that he lacked a copy of the Government's response to his 2255 Motion, he believed the Government had failed to timely respond, and he was concerned about his ability to file a timely reply. (*See* July 22, 2026 Letter.)

On July 22, in response to Mr. Bell's July 22 letter, the Clerk of Court mailed Mr. Bell a copy of the July 14 Order. However, the docket reflects that on July 27, 2026, the Clerk of Court's mailing of the July 14 Order was returned "undeliverable as addressed." There is no indication on the docket that the previous mailings of the Government's Motion to Dismiss and Certificate of Service were returned as undeliverable.

Mr. Bell did not inform the Court of his change of address. As of July 27, 2026, the BOP Inmate Locator Website listed him at a new facility, USP-Hazelton. On July 27, the Clerk of Court therefore re-sent a copy of the July 14 Order to him at USP-Hazelton.

In sum, these unfortunate delays are likely attributable to delayed mail and the lack of a current address for Mr. Bell, who was moved at some point after the filing of his 2255 Motion. In order to ensure that Mr. Bell receives the necessary documents, the Court directs the Clerk of Court to send him, as soon as possible, a copy of the following: (1) the Court's May 19, 2026 Order [Doc. No. 51] setting forth the original briefing schedule so

Mr. Bell can be assured that the Government's filing deadline was June 16, 2026; (2) the Government's Motion to Dismiss [Doc. No. 53], which is date-stamped June 16, 2026; (3) the Certificate of Service [Doc. No. 54], showing that the Government mailed a copy of the response to Mr. Bell at USP-Beaumont on June 17, 2026; and (4) a copy of this August 19, 2026 Order.

The Court also extends Mr. Bell's deadline for filing a response to the Government's Motion to Dismiss. His response shall be due on or before September 21, 2026, and he may request an extension if he requires additional time.

## I. ORDER

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that

1. The Clerk of Court shall mail Pro Se Defendant Terrance Lamont Bell free copies of the following: (1) the Court's May 19, 2026 Order [Doc. No. 51]; (2) the Government's Motion to Dismiss [Doc. No. 53]; (3) the Government's Certificate of Service [Doc. No. 54]; and (4) a copy of this Order [Doc. No. 61].
2. Defendant shall file a response to the Government's Motion to Dismiss on or before September 21, 2026.

Dated: August 19, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge